**No. 56919.**—W. F. Mackay *v.* United States, protest 116442–K (Pembina).

Opinion by EKWALL, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 56920.**—Pacific Trading Co. *v.* United States, protest 8585–K (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Nippon Co. et al.* (32 C. C. P. A. 164, C. A. D. 303), the claim of the plaintiff was sustained.

**No. 56921.**—Naumes Forwarding Service *v.* United States, protests 954864–G/ 87898, 954865–G/87899, and 954866–G/87900 (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *LaManna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 56922.**—Paul W. Pettis *v.* United States, protest 176740–K (Milwaukee).

Opinion by JOHNSON, J. From an examination of the papers in the case the the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.